UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE LEMIRE, | : | CIVIL ACTION NO. |
| | : | 3:08CV00459(CFD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HOUSTON FUNDING II, LTD. | : | |
| | : | |
| Defendant. | : | JUNE 5, 2008 |

### NOTICE OF SETTLEMENT

The defendant in the above-captioned action hereby advises the Court that plaintiff and defendant have reached a settlement of the above-captioned case and that counsel are in the process of preparing the papers reflecting the settlement. Pursuant to Rule 16(b) of the Local Rules of this District, counsel advises the Court of this settlement and requests that all pending deadlines, motions and pleadings be held in abeyance pending completion of the settlement documentation and submission of appropriate stipulations or notices, as the case may be.

THE DEFENDANT
HOUSTON FUNDING II, LTD.

By: _____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel:   203-333-9441
Fax:   203-333-1489
Email: jelliot@znclaw.com

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____
Jonathan D. Elliot