UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE LEMIRE, | : | CIVIL ACTION NO. |
| | : | 3:08CV00459(CFD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HOUSTON FUNDING II, LTD. | : | |
| | : | |
| Defendant. | : | JUNE 20, 2008 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF                                        THE DEFENDANT

By_____                    By_____
    Daniel S. Blinn, Esq.                                 Jonathan D. Elliot

Consumer Law Group, LLC                     Zeldes, Needle & Cooper, PC
35 Cold Spring Road, suite 512              1000 Lafayette Boulevard
Rocky Hill, CT 06067                              Bridgeport, CT 06604
Tel. 860-571-0408                                   Tel. 203-333-9441
Fax 860-571-7457                                   Fax 203-222-1489

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 20th day of June 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/Daniel S. Blinn
                                                  Daniel S. Blinn